United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CASE NO. L-16-CR-413-1 |
| | § § | |
| CHRISTIANO DE PAULA | § | |

ORDER

No objection has been received to the Report and Recommendation filed by United States Magistrate Judge Diana Song Quiroga, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 8th day of November, 2016.

Marina Garcia Marmolejo
UNITED STATES DISTRICT JUDGE